CASE 74—PETITION EQUITY—OCTOBER 6.

## Fellows & Co. vs. Day.

### APPEAL FROM TODD CIRCUIT COURT.

1. In all cases of a mere injunction of a judgment, the ordinary injunction bond affords all the security required by law.
2. The bond required by sub-section 2, of section 440, of the Civil Code, applies only to cases of attachment, to secure the restoration of the property in a certain event.

H. G. PETRIE,                                        For Appellant,

CITED—

*Civil Code, sec.* 440 ; 1 *Metcalfe* 652; *Gill vs. Johnson.* 4 *Metcalfe*, 343 ; *Allen vs. Brown.*

G. TERRY and
ST. JOHN BOYLE,                                   For Appellee,

CITED—

*Civil Code, secs.* 308, 440.

JUDGE ROBERTSON DELIVERED THE OPINION OF THE COURT:

On enjoining a judgment which had been obtained by the appellants against him, the appellee executed a

sufficient injunction bond, and obtained the relief sought by his petition. The appellants, being non-residents, urge a reversal, on the ground that the bond prescribed by sub-section 2, of section 440, of the Civil Code, was not also given. But that provision applies only to cases of attachment of property of non-appearing non-residents only constructively summoned; and the sole object of such bond is to secure the restoration of the property in a certain event.

In all cases of mere injunction of a judgment, the ordinary injunction bond affords all the security required by the law.

Wherefore, the judgment is affirmed.